ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
MARSHALL C. WALLACE (BAR NO. 127103)
KEITH D. YANDELL (BAR NO. 233146)
Three Embarcadero Center, 12th Floor
San Francisco, California 94111-4074
Phone: (415) 837-1515
Fax: (415) 837-1516
E-Mail: mwallace@allenmatkins.com
        kyandell@allenmatkins.com

JOSI KENNON SWONETZ (BAR NO. 260575)
501 West Broadway, 15th Floor
San Diego, California 92101-3541
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: jswonetz@allenmatkins.com

Attorneys for Defendant
WELLS FARGO BANK, N.A., successor by merger
with Wells Fargo Bank Southwest, N.A., f/k/a
Wachovia Mortgage, FSB, f/k/a World Savings Bank,
FSB, and erroneously sued as Wachovia Mortgage
Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERENE RANDLE, an individual,<br><br>    Plaintiffs,<br><br>  v.<br><br>WELLS FARGO BANK, NA, also known as WACHOVIA MORTGAGE, a division of WELLS FARGO BANK, NA, and formerly known as WORLD SAVINGS BANK, FSB, CAL-WESTERN RECONVEYANCE CORPORATION, and DOES 1-40,<br><br>    Defendants. | Case No. C 12-6031 JST<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND INITIAL DISCLOSURES**<br><br>Complaint filed on November 26, 2012 |

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

802595.01/SD

Case No. C 12-6031
[PROPOSED] ORDER

**[PROPOSED] ORDER**

Good cause appearing, it is so ordered as follows:

1. No later than July 3, 2013, the parties shall: (1) meet and confer regarding Rule 26 initial disclosures, early settlement, ADR process selection and a discovery plan; (2) file an ADR Certification signed by the parties and counsel pursuant to A.D.R. L.R.3-5(b); and (3) file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference pursuant to A.D.R. L.R. 3-5(b) & (c).

2. No later than July 10, 2013, the parties shall file the Rule 26 Report, complete initial disclosures, state objections in the Rule 26 Report, and file a Joint Case Management Statement; and

3. The Case Management Conference currently scheduled for April 18, 2013, is continued to July 17, 2013, at 2:00 p.m.

IT IS SO ORDERED.

Dated: April 5, 2013

Hon.
District                                        District Court

IT IS SO ORDERED
Judge Jon S. Tigar