UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERENE RANDLE,<br><br>        Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, NA, et al.,<br><br>        Defendants. | Case No.  12-cv-06031-JST<br><br>**ORDER VACATING MOTION HEARING**<br><br>Re: Dkt. No. 21 |

Before the Court is Plaintiff's motion to remand.  Dkt. No. 21.  Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds that the parties' briefs have thoroughly addressed the issues, rendering the matter suitable for disposition without oral argument.  The hearing on this matter, currently scheduled for April 18, 2013, is hereby VACATED.

However, if any party advises the Court in writing by no later than three days from the date of this Order that most or all of the argument for its side will be conducted by a lawyer who has been licensed to practice law for four or fewer years, the Court will reschedule the hearing at a time that is convenient to all parties in order to provide that opportunity.  Any such notice should reflect the date or dates on which the parties are available for the hearing.

**IT IS SO ORDERED**.

Dated: April 8, 2013

                                                      JON S. TIGAR<br>                                                    United States District Judge